(Reap. Dec. 10983)

HOWARD S. REEDER *v.* UNITED STATES

Entry Nos. M-4638; M-4765.

(Decided May 19, 1965)

*George E. Patterson, Jr.,* for the plaintiff.

*John W. Douglas,* Assistant Attorney General (*Samuel D. Spector,* trial attorney), for the defendant.

RAO, Judge:   When the two appeals for reappraisement listed above were called for trial, they were consolidated and submitted for decision upon the official papers.

An examination of the official papers in said cases reveals no evidence to rebut the presumptively correct values returned by the appraiser, which are, therefore, held to be the values of the various items of merchandise covered by said appeals for reappraisement.

Judgment will be entered accordingly.